

FILED
John E. Triplett, Acting Clerk
United States District Court

*By casbell at 4:11 pm, Dec 10, 2020*

# United States District Court
## for the Southern District of Georgia
### Brunswick Division

LEONARD BUTLER,

    Plaintiff,

v.

GEORGIA PORTS AUTHORITY; "K" LINE AMERICA, INC., owner of the M/V Drive Green Highway, in personam; M/V Drive Green Highway, (IMO No. 9728069) her engines, boilers, tackle, etc. in rem; ATLANTIC RO-RO STEVEDORING, LLC; TERBERG TRACTORS AMERICA, INC.; and UNKNOWN DEFENDANTS A,B, and C;

    Defendants.

CV 220-113

### ORDER

Before the Court is Plaintiff's stipulation of dismissal, dkt. no. 32, wherein he notifies the Court that he wishes to dismiss all claims asserted in this action against Defendant Georgia Ports Authority. Dkt. No. 32. The stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, all claims asserted in this action against Defendant Georgia Ports Authority are **DISMISSED without prejudice.** Additionally, Defendant Georgia Ports Authority's motion to dismiss, dkt. no. 23, is **DENIED as moot.** Plaintiff and Defendant Georgia Ports Authority shall bear their own fees

and costs. Plaintiff's claims against the remaining Defendants are still pending.

**SO ORDERED**, this 10 day of December, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA