# United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| LEONARD BUTLER,<br><br>    Plaintiff,<br><br>v.<br><br>"K" LINE AMERICA, INC.; M/V DRIVE GREEN HIGHWAY; ATLANTIC RO-RO STEVEDORING, LLC; TERBERG TRACTORS AMERICA, INC; UNKNOWN DEFENDANTS A, B, and C; KAWASAKI KISEN KAISHA, LTD; JMU5044 SHIPPING S.A.; and TERGERG BENSCHOP, B.V.,<br><br>    Defendants. | CV 220-113 |

**ORDER**

Before the Court are the Parties' stipulations of dismissal, dkt. nos. 44 and 45, wherein they notify the Court that they wish to dismiss all claims asserted against Defendants K-Line America, Inc. ("K-Line") and Terberg Tractors America, Inc. ("TTA") without prejudice. The stipulations comply with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, all claims asserted against Defendants K-Line and TTA are **DISMISSED without prejudice**. Each party shall bear its own fees and costs. Plaintiff's claims against Defendants M/V Drive Green Highway, Atlantic Ro-Ro Stevedoring, LLC, Unknown

Defendants A, B, and C, Kawasaki Kisen Kaisha, LTD, JMU5044 Shipping, S.A., and Terberg Benschop, B.V. remain pending.

**SO ORDERED**, this 8 day of February, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA